UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APRESE SYSTEMS TEXAS, LLC,<br><br>Plaintiff<br><br>v.<br><br>TOYOTA MOTOR MANUFACTURING TEXAS, INC., AND JEFF HUNTER MOTORS, INC.,<br><br>Defendants | Case No. 6:20-cv-01046-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

Plaintiff Aprese Systems Texas, LLC ("Plaintiff" or "Aprese") and Defendants Toyota Motor Manufacturing Texas, Inc. and Jeff Hunter Motors, Inc. (collectively "Toyota" or "Defendants") hereby notify the Court that all matters in controversy between Aprese and Toyota have been settled in principle.

Accordingly, Aprese and Toyota request a 30-day stay of all deadlines so they may finalize their settlement and submit dismissal papers on or before June 7, 2021 (the next business day).

Dated May 7, 2021

By: /s/ *Steven J. Routh*
Claudia Wilson Frosts – Lead Counsel
State Bar No. 21671300
cfrost@orrick.com

By: /s/ *Cabrach J. Connor*
Raymond W. Mort, III
The Mort Law Firm, PLLC
100 Congress Ave, Suite 2200
Austin, TX 78701

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>1301 Mckinney, Suite 4100<br>Houston, TX 77010<br>Phone:  713-658-6400<br>Fax: 713-658-6401<br><br>Steven J. Routh (admitted *pro hac vice*)<br>D.C. Bar No. 376068<br>Sten A. Jensen (admitted *pro hac vice*)<br>D.C. Bar No. 443300<br>Christopher J. Siebens (admitted *pro hac vice*)<br>D.C. Bar No. 1031543<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20005<br>Phone: 202-339-8400<br>Fax: 202-339-8500<br>Email: srouth@orrick.com<br>sjensen@orrick.com<br>csibens@orrick.com<br><br>Counsel for Defendants Toyota Motor Manufacturing Texas, Inc. and Jeff Hunter Motors, Inc. | Tel/Fax: 512-865-7950<br>Email: raymort@austinlaw.com<br>Cabrach J. Connor<br>Connor Kudlac Lee, PLLC<br>State Bar No. 24036390<br>cab@connorkudlaclee.com<br>Tel: 512-777-1254<br>Email: cab@connorkudlaclee.com<br>Counsel for Plaintiff Aprese Systems Texas, LLC. |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 7, 2021 a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Cabrach J. Connor*
Cabrach J. Connor
